

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00278-CV

MICHAEL ANGELES                                                    APPELLANT

V.

ASHLEY ANN                                                         APPELLEE
WANSLEY

-----------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1]

-----------

Appellant Michael Angeles filed his notice of appeal of the trial court's April 10, 2012 judgment on July 10, 2012. Because he filed his motion for new trial on May 11, 2012, one day late, his notice of appeal appeared to be untimely, and on July 17, 2012, we sent Appellant a letter informing him of our concern that we lacked jurisdiction over the appeal because of the untimely filing of the notice of

---

[1]See Tex. R. App. P. 47.4.

appeal.  We requested that he or any party desiring to continue the appeal file a response showing grounds for continuing the appeal by July 27, 2012, or the appeal could be dismissed for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 44.3.  Having received no response, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3, 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  September 20, 2012